United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 19-04480-HWV

Shannon Marie Gingrich     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Jan 21, 2025     Form ID: 3180W     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon Marie Gingrich, 1420 Laudermilch Road, Palmyra, PA 17078-8813 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 5267724 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5259520 | + | FREEDOM MORTGAGE CORPORATION, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5265925 | + | Goldman Sachs Mortgage Co, Service Finance Co LLC, 555 S Federal Hwy No 200, Boca Raton, FL 33432-6033 |
| 5259524 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5259526 | + | RYON W GINGRICH, 1420 LAUDERMILCH ROAD, PALMYRA, PA 17078-8813 |
| 5259529 | | SUN LIFE FINANCIAL, ONE SUN LIFE EXECUTIVE PARK, WELLESLEY HILLS, MA 02481 |
| 5259532 | | THOMAS JEFFERSON UNIVERSITY HOSPITALS, PO BOX 3475, TOLEDO, OH 43607-0475 |
| 5324647 | + | USAA Federal Savings Bank, C/o Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 22 2025 00:10:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jan 21 2025 19:12:34 | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5259513 | | EDI: BANKAMER | Jan 22 2025 00:10:00 | BANK OF AMERICA, BANKRUPTCY DEPARTMENT, 4161 PIEDMONT PARKWAY, GREENSBORO, NC 27410 |
| 5278101 | + | EDI: BANKAMER2 | Jan 22 2025 00:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5259514 | | EDI: CAPITALONE.COM | Jan 22 2025 00:10:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5259515 | + | EDI: WFNNB.COM | Jan 22 2025 00:10:00 | CB/WAYFAIR, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5259516 | + | EDI: CITICORP | Jan 22 2025 00:10:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5259518 | | EDI: PENNDEPTREV | Jan 22 2025 00:10:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5259518 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2025 19:16:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5278788 | Email/PDF: bncnotices@becket-lee.com | Jan 21 2025 19:37:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5259533 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 21 2025 19:16:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5568417 | Email/Text: ECF@fayservicing.com | Jan 21 2025 19:16:00 | Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 5568418 | Email/Text: ECF@fayservicing.com | Jan 21 2025 19:16:00 | Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 5259519 | Email/Text: administrative@foundationfinance.com | Jan 21 2025 19:16:00 | FOUNDATION FINANCE CO, CORRESPONDENCE, PO BOX 437, SCHOFIELD, WI 54476 |
| 5282139 | + Email/Text: Bankruptcy@Freedommortgage.com | Jan 21 2025 19:16:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5259521 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 21 2025 19:16:00 | GS BANK USA, PO BOX 45400, SALT LAKE CITY, UT 84145-0400 |
| 5259522 | EDI: IRS.COM | Jan 22 2025 00:10:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5259517 | Email/Text: info@pamd13trustee.com | Jan 21 2025 19:16:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5259523 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 21 2025 19:16:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5259525 | + EDI: G2RSPSECU | Jan 22 2025 00:16:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5259525 | + Email/Text: bankruptcynotices@psecu.com | Jan 21 2025 19:16:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5259528 | + Email/Text: servicing@svcfin.com | Jan 21 2025 19:16:00 | SRVFINCO, 555 S FEDERAL HWY, BOCA RATON, FL 33432-5505 |
| 5259530 | + EDI: SYNC | Jan 22 2025 00:10:00 | SYNCB/AMEG, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5259950 | ^ MEBN | Jan 21 2025 19:12:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5259531 | + EDI: CITICORP | Jan 22 2025 00:10:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5259534 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 21 2025 19:16:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5474789 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2025 19:16:00 | US Bank National Association not in its, indiV. capacity but solely as trustee, for RMTP Trust Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, 15480 Laguna Canyon Rd Suite 100, Irvine, CA 92618-2132 |
| 5259535 | + EDI: USAA.COM | Jan 22 2025 00:10:00 | USAA FEDERAL SAVINGS BANK, PO BOX 14050, LAS VEGAS, NV 89114-4050 |
| 5285116 | + Email/Text: bncmail@w-legal.com | Jan 21 2025 19:16:00 | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 5259536 | + EDI: USAA.COM | Jan 22 2025 00:10:00 | USAA SAVINGS BANK, 10750 MCDERMOTT PWY FWY, SAN ANTONIO, TX 78288-1600 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5474787 | | US Bank National Association, not in, its individual capacity but solely as, trustee for RMTP Trust, Series 2021, Cottage-TT-V, C/O Rushmore Loan Management Services, 15480 Laguna Canyon Rd., Suite 100 |
| 5474790 | *+ | US Bank National Association not in its, indiV. capacity but solely as trustee, for RMTP Trust Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, 15480 Laguna Canyon Rd Suite 100, Irvine, CA 92618-2132 |
| 5259527 | ##+ | SOLAR MOSAIC, 300 LAKESIDE DRIVE, 24TH FL, OAKLAND, CA 94612-3572 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Shannon Marie Gingrich DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Shannon Marie Gingrich karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Michelle Ghidotti | |

on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bknotifications@ghidottiberger.com

Thomas Song

on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Shannon Marie Gingrich<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0200<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04480-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shannon Marie Gingrich

1/21/25

**By the court:**

_Henry W. Van Eck_ (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**