# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Shannon Marie Gingrich

Case No.: 1-19-04480 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Fay Servicing |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 2421 |
| Property Address if applicable: | 1420 Laudermilch Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5,881.85 |
| b. | Prepetition arrearages paid by the trustee: | $5,881.85 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $3,919.95 |
| f. | Postpetition arrearage paid by the trustee: | $3,919.95 |
| g. | Total b, d, and f: | $9,801.80 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 31, 2025

                                        Respectfully submitted,

                                        <u>/s/ Jack N. Zaharopoulos</u>
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        email:  info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Shannon Marie Gingrich

Case No.: 1-19-04480 HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 31, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kara K. Gendron, Esquire
Mott & Gendron Law
125 State St
Harrisburg PA 17101

**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

Shannon Marie Gingrich
1420 Laudermilch Rd
Palmyra PA 17078

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 31, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-04480  **SHANNON MARIE GINGRICH**

RUSHMORE LOAN MANAGEMENT SERVICE
P.O. BOX 674402

HOUSTON, TX  77267-440(

Sequence: 14
Modify:
Filed Date:
Hold Code:

Acct No: 1420 Laudermilch Rd - POST-
POST ARREARS - 1420 LAUDERMILCH ROAD  1ST AP

|  | Amt Sched: | $0.00 | Debt: | $3,919.95 | Interest Paid: | $0.00 |
|--|--|--|--|--|--|--|
|  | Amt Due: | $0.00 | Paid: | $3,919.95 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **RUSHMORE LOAN MANAGEMENT SERVICE** | | | | | | | |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE |  | 05/16/2023 | 2025196 | $239.50 | $0.00 | $239.50 | 05/24/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE |  | 04/18/2023 | 2024198 | $480.53 | $0.00 | $480.53 | 04/26/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE |  | 03/15/2023 | 2023154 | $480.52 | $0.00 | $480.52 | 03/21/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE |  | 02/15/2023 | 2022158 | $480.53 | $0.00 | $480.53 | 02/23/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE |  | 01/18/2023 | 2021157 | $480.53 | $0.00 | $480.53 | 01/26/2023 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE |  | 12/13/2022 | 2020165 | $480.53 | $0.00 | $480.53 | 01/06/2023 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE |  | 11/16/2022 | 2019202 | $480.53 | $0.00 | $480.53 | 01/17/2023 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE |  | 10/18/2022 | 2018184 | $306.92 | $0.00 | $306.92 | 10/24/2022 |
| 521-0 | RUSHMORE LOAN MGMT SERVICE |  | 05/17/2022 | 2013039 | $416.25 | $0.00 | $416.25 | 05/23/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC |  | 04/12/2022 | 2011594 | $74.11 | $0.00 | $74.11 | 04/28/2022 |

Sub-totals: $3,919.95  $0.00  $3,919.95

Grand Total: $3,919.95  $0.00

# Disbursements for Claim

**Case:** 19-04480  **SHANNON MARIE GINGRICH**

**RUSHMORE LOAN MANAGEMENT SERVICE**
P.O. BOX 674402

HOUSTON, TX  77267-4402

Sequence: 14
Modify:
Filed Date:
Hold Code:

Acct No: 1420 Laudermilch Rd - PRE-A

ARREARS - 1420 LAUDERMILCH ROAD

|  |  |
|---|---|
| Amt Sched: $198,459.00 | Debt: $5,881.85  Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $5,881.85  Accrued Int: $0.00  Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **RUSHMORE LOAN MANAGEMENT SERVICE** | | | | | | | |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/16/2023 | 2025196 | $359.36 | $0.00 | $359.36 | 05/24/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/18/2023 | 2024198 | $721.03 | $0.00 | $721.03 | 04/26/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 03/15/2023 | 2023154 | $721.04 | $0.00 | $721.04 | 03/21/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 02/15/2023 | 2022158 | $721.03 | $0.00 | $721.03 | 02/23/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021157 | $721.03 | $0.00 | $721.03 | 01/26/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/13/2022 | 2020164 | $721.03 | $0.00 | $721.03 | 01/12/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/16/2022 | 2019202 | $721.03 | $0.00 | $721.03 | 01/17/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 10/18/2022 | 2018184 | $460.53 | $0.00 | $460.53 | 10/24/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 05/17/2022 | 2013039 | $624.57 | $0.00 | $624.57 | 05/23/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/12/2022 | 2011594 | $111.20 | $0.00 | $111.20 | 04/28/2022 |

Sub-totals: $5,881.85   $0.00   $5,881.85

Grand Total: $5,881.85   $0.00