**Fill in this information to identify the case:**

**Debtor 1**
Shannon Marie Gingrich

**Debtor 2**
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** <u>Middle</u>    District of    <u>Pennsylvania</u>
**(State)**

**Case number**    **1:19-bk-04480-HWV**

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of Creditor:** <u>Fay Servicing, LLC*</u>

Court claim no. (if known):
<u>8</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>XXXXXX2421</u>

**Property address:**    <u>1420 Laudermilch Rd</u>
Number        Street

<u>Palmyra, PA 17078</u>
City            State            ZIP Code

| Part 2: | Pre-petition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:        $_____

| Part 3: | Post-petition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:        <u>02/01/2025</u>
MM/DD/YYYY
**Post-petition payment amount is $1,391.45. There is $931.10 in suspense.**

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.    Total post-petition payments due:                                    (a) $                0.00

b.    Total fees, charges, expenses, escrow, and costs outstanding          +(b) $                0.00

c.    **Total.** Add lines a and b                                          (C) $                0.00

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:                                                    _____
**\*Please note Creditor is in the process of filing a Transfer of**        MM/DD/YYYY
**Claim to reflect Creditor as the Transferee of this Claim.**
**However, this Response to Notice of Final Cure is being filed**
**to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.**

Case 1:19-bk-04480-HWV    Doc 64    Filed 02/20/25    Entered 02/20/25 15:56:17    Desc
Main Document        Page 1 of 3

| Part 4: | Itemized Payment History |
|---------|--------------------------|

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■ all payments received;
■ all fees, costs, escrow, and expenses assessed to the mortgage; and
■ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---------|-----------|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

_Check the appropriate box:_
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _/s/Dane Exnowski_ _____
     Signature

Date   02/19/2025

Print   Dane  Exnowski _____
     First Name    Middle Name    Last Name

Title   Authorized Agent for the Creditor

Company   McCalla Raymer Leibert Pierce, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   325 Chestnut Street, Suite 725 _____
     Number    Street

Philadelphia, PA 19106 _____
City    State    Zip Code

Contact phone   562-661-5060

Email   Dane.Exnowski@mccalla.com

In Re:   Shannon Marie Gingrich

Bankruptcy Case No.:   1:19-bk-04480-HWV
Chapter:   13
Chief Judge:   Henry W. Van Eck

CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Shannon Marie Gingrich
1420 Laudermilch Road
Palmyra, PA 17078

Kara Katherine Gendron            *(served via ECF Notification)*
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Jack N Zaharopoulos, Trustee      *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee              *(served via ECF Notification)*
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

      I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    02/20/2025    By:    */s/Dane Exnowski*
            (date)             Dane Exnowski,
                           Authorized Agent for the Creditor